March 23, 1979

405 A.2d 546

Commonwealth v. Bennett, Appellant.

Submitted September 15, 1978. Douglas M. Johnson, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order and judgment of sentence of the lower court is hereby affirmed.

405 A.2d 547

Commonwealth v. Harrison, Appellant.

Submitted June 27, 1978. George B. Ditter, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.